NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA CARNICERIA MEAT MARKET, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARNICERIA PRIME MEAT MARKET LLC, a California limited liability company; CARNICERIA PRIME MEAT MARKET LLC, a Texas limited liability company; BRANCO RAMIREZ, an individual; REYNALDO PONCE, an individual; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:25-cv-04018-JLS-SK<br><br>**ORDER (1) GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND (Doc. 67); AND (2) CONTINUING THE HEARING ON COUNTER-DEFENDANTS' MOTION TO DISMISS COUNTERCLAIMS (Doc. 66)** |

The Court, having reviewed the parties' stipulation and joint motion to extend time to respond to Plaintiff and Counter-Defendants' Motion to Dismiss Defendants' Counterclaims (Doc. 67), hereby GRANTS the stipulation. Defendants' time to oppose the Motion to Dismiss is extended from September 12, 2025, to **September 19, 2025**. Plaintiff and Counter-Defendants' deadline to respond is thereby extended from September 19, 2025 to **September 26, 2025**.

The hearing on the Motion to Dismiss (Doc. 66) is CONTINUED from October 3, 2025 to **October 17, 2025**.

**IT IS SO ORDERED.**

Date: September 16, 2025

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE